UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| *IN THE MATTER OF:* <br><br> *HECTOR PEREZ RIVERA* <br><br> *xxx–xx–4379* <br> Debtor(s) | Case No. 10–06353–BKT13 BKT <br><br> Chapter 13 <br><br><br> FILED & ENTERED ON <br> *5/13/11* |

*NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST*

A hearing will be held at 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR 00901 on Wednesday, July 27, 2011 at 09:00 AM to act upon the following matters:

HEARING: CONFIRMATION HEARING

Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015–2(e)(1).

San Juan, Puerto Rico, The 13th of May, 2011.

*CELESTINO MATTA–MENDEZ*
Clerk of the Court

By:*CARMEN BELEN FIGUEROA*
 Deputy Clerk